UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD FRANCIS HALLAM,<br><br>    Defendant. | Case No. CR02-5716FDB<br><br>ORDER DIRECTING RESPONSE |

This matter was affirmed on appeal in March 2005, and Defendant now writes to the Court requesting that his sentence be amended to reflect his prior custody credit, giving the dates that he was in F.D.C. Sea-Tac after being removed from Clallam Bay. The Government is directed to file a response to this request no later than May 30, 2006. SO ORDERED.

DATED this 12th day of May, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1